# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MARTINEZ, | NO. CV 11-2009 SVW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 16, 2013.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE